AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 NEW YORK

## APPEARANCE

Case Number: 08-CIV-5139(LTS)(FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LIMELIGHT LTD,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/1/2008 | _(signature)_ |
| Date | Signature |
| | RUBIN JAY GINSBERG             RG(8978) |
| | Print Name             Bar Number |
| | 150 EAST 58TH STREET, SUITE 1201 |
| | Address |
| | NEW YORK        NEW YORK        10155 |
| | City        State        Zip Code |
| | (212) 319-0304        (212) 319-0545 |
| | Phone Number        Fax Number |