# POPESCU, IOSEPOVICI & ASSOCIATES
## ATTORNEYS AT LAW

ROBERT S. POPESCU 1,2,3,4,5,6
ZAMIR IOSEPOVICI 1,5

GIAN PIERO RINALDI 2,7
CARMEN ZABRAUTEANU 4
AUGUSTIN ZABRAUTEANU 4

*Of Counsel*
ALEXANDRU O. ALDEA 8
ABED AWAD 1,2
DANIEL BRAVERMAN 1,2

*International Affiliates*
TILBERT OTTO SCHILLIK 8
PAUL BONSIRVEN 9
PIERO VIGANEGO 10

1 BAR OF THE STATE OF NEW YORK
2 BAR OF THE STATE OF NEW JERSEY
3 BAR OF THE DISTRICT OF COLUMBIA
4 BAR OF ROMANIA
5 BAR OF THE EASTERN DISTRICT OF MICHIGAN
6 MANAGING ATTORNEY OF THE NEW JERSEY OFFICE
7 BAR OF ITALY
8 BAR OF GERMANY
9 BAR OF FRANCE
10 BAR OF SPAIN

♦ INTERNATIONAL AFFILIATE OFFICE

225 BROADWAY, SUITE 1901
NEW YORK, NEW YORK 10007

WWW.PIALAW.COM

TELEPHONE: (212) 766-9696
FACSIMILE: (212) 766-2298

WRITER'S E-MAIL: Ziosepo@pialawfirm.com

NEW JERSEY
1187 MAIN AVENUE SUITE 1C
CLIFTON, NEW JERSEY 07011
(973) 742-5455

ITALY
GALERIA DEL TORO,
S-40121
BOLOGNA, ITALY

ROMANIA
2 NATIUNILE UNITE BLVD,
BL 109, SC. 4, 5TH FLOOR
SUITE 47, SECTOR 5
BUCHAREST, ROMANIA

GERMANY ♦
RECHTSANWALT
T.O. SCHILLIK
AM MOOSFELT 97
D-81829, MÜNCHEN

FRANCE ♦
AVOCAT A LA COUR PAUL BONSIRVEN
3 COURS DE LA LIBERTE
F-69003, LYON

SPAIN ♦
PIERO VIGANEGO S.L.
CALLE TURSET, 10
08006, BARCELONA

JOSE ABASCAL, 57 IZDA
E-28003, MADRID

August 26, 2008

**VIA FACSIMILE**
Honarable Laura Taylor Swain- District Judge
Daniel P. Moynihan U.S Courthouse, Rm 755
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: <u>Limelight, LTD v. Arminak & Associates, Inc</u>
    Case No: 08-CIV-5139

Dear Judge Swain:

This law firm has just substituted in on behalf of the Defendant in the above referenced matter, Arminak & Associates, Inc. A Substitution of Attorney in this matter has been filed electronically with the Court earlier this morning.

In furtherance of my conversation with Your Honor's chambers, kindly accept this letter in support of our request for ten a day extension of time to file an answer or other responsive pleading in the within matter. Please note that I have my adversary's consent for this application.

*The request is granted.*

I thank Your Honor for anticipated courtesies herewith.

Respectfully submitted,

Robert S. Popescu, Esq.

SO ORDERED.

NEW YORK, NY
LAURA TAYLOR SWAIN
Sept 2, 2008   UNITED STATES DISTRICT JUDGE

RSP/ls.
CC: Jay Ginsberg, Esq (via facsimile)