UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x

LIMELIGHT LTD,   Case No: 08-CIV-5139(LTS) (FM)

       Plaintiffs,

   -against-   **NOTICE OF APPEARANCE**

ARMINAK & ASSOCIATES, INC.

       Defendant.
---------------------------------------------------x

**POPESCU, IOSEPOVICI & ASSOCIATES** (by Robert S. Popescu, Esq.) hereby enters its appearance on behalf of Defendant, **ARMINAK & ASSOCIATES, INC.**

POPESCU, IOSEPOVICIT & ASSOCIATES
Attorneys for Defendants, Arminack & Associates, Inc.

By:   *s/ Robert S. Popescu*
      Robert Popescu, Esq. (RP9677)
      225 Broadway Suite 1901
      New York, New York 10007
      (212) 766-9696
      rsp.esq@pialawfirm.com

Dated: New York, New York
       September 5, 2008

1